# Court of Appeals
# of the State of Georgia

ATLANTA,  September 21, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0038. HILDA HUTCHINSON et al. v. ANNEEWAKEE TRAILS HOMEOWNERS ASSOCIATION, INC.**
**A22D0043. HILDA HUTCHINSON et al. v. ANNEEWAKEE TRAILS HOMEOWNERS ASSOCIATION, INC.**

In this civil case, the trial court granted the motion for service by publication filed by the plaintiff. The defendants, Hilda Hutchinson and Mia Hutchinson, filed a motion to vacate the order allowing service by publication. The trial court denied the motion to vacate, and the defendants filed these two applications for discretionary review.[1]

We lack jurisdiction because the case remains pending below. Given the pendency of the case, the defendants were required to comply with the interlocutory appeal requirements, which include obtaining and providing a certificate of immediate review from the trial court, in order to appeal the trial court's order denying the motion to vacate. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). In addition, the discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

---

[1] The applications are virtually identical, with the exception of additional exhibits filed in Case No. A22D0043.

Accordingly, these discretionary applications are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  09/21/2021

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*